IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
LUBBOCK DIVISION

## Alternative Dispute Resolution Summary

**Provider must file completed form, in duplicate, with the U.S. District Clerk upon completion of ADR.**

1. Civil Action number: 5:19-CV-167-H

2. Style of case: Golden Spread Electric Cooperative, Inc. et al. v. GE Grid Solutions, Et A

3. Nature of suit: Negligence and improper repair work.

4. Method of ADR used: ✔ Mediation     Mini-Trial     Summary Jury Trial

5. Date ADR session was held: May 4, 2020

6. Outcome of ADR *(Select one)*:

    ☐ Parties did not use my services.     ☐ Settled, in part, as a result of ADR.
    ✔ Settled as a result of ADR.           ☐ Parties were unable to reach settlement.
    ☐ Continuing to work with parties to reach settlement *(Note: provider must file supplemental ADR Summary Form at conclusion of his/her services)*.

7. What was your TOTAL fee: $3,900.00

8. Duration of ADR: one day                                    (i.e., one day, two hours)

9. Please list persons in attendance (including party association, i.e., defendant, plaintiff):

    James D. Dendinger - Counsel for Plaintiff Golden Spread Electric Cooperative, Inc.
    Michael S. Errera - Counsel for Plaintiff Golden Spread Electric Cooperative, Inc.
    Joseph Baker - Counsel for Defendant ProEnergy Services, LLC
    Scott Blair - Corporate representative for ProEnergy Services, LLC
    Kenneth H. Laborde - Counsel for Defendant GE Grid Solutions, LLC

*Please provide the names, addresses, and telephone number of counsel on the reverse of this form.*

10. Provider information:

    _____                    5-26-2020
    Signature                                          Date

    300 N. Marienfeld, Suite 700, Midland, Texas 79701    432-683-3351
    Address                                               Telephone

## Alternative Dispute Resolution Summary
*Continued*

**Please provide the names, addresses, and telephone numbers of counsel:**

Name: Mr. James D. Dendinger

Firm: Cozen O'Connor

Address: 1717 Main St, Suite 3100

Dallas, Texas 75201-7335

Phone: 214-462-3007

Name: Mr. Michael S. Errera

Firm: Foran Glennon Palandech Ponzi & Rudl[o]

Address: 222 North LaSalle St., Suite 1400

Chicago, IL 60601

Phone: 312-863-5000

Name: Mr. Joseph A. Baker

Firm: Cotton, Bledsoe, Tighe & Dawson, PC

Address: P.O. Box 2776

Midland, Texas 79702-2776

Phone: 432-684-5782

Name: Mr. Kenneth H. Laborde

Firm: Geiger, Laborde & Laperouse, LLC

Address: 5151 San Felipe, Suite 750

Houston, Texas 77056

Phone: 832-255-6000

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone:

Name:

Firm:

Address:

Phone: